DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY BOBERG,**
Appellant,

v.

**THOMAS W. CONLEY, III,**
Appellee.

No. 4D17-2469

[February 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 2016-CA-353.

Christopher J. Whitelock and David S. Frank of Whitelock & Associates, P.A., Fort Lauderdale, for appellant.

Scott R. LeConey of Swain & Harris, P.A., Lake Placid, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***